

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

------------------------------------------------------------

**ENTERTAINMENT BY J & J, INC.**, as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

                 Plaintiff,

  -against-

RUDOLPH MARTINEZ, Individually, and d/b/a RRDS a/k/a RRD's, and RRDS a/k/a RRD's,

                 Defendants.

Civil Action No. B-01-147

------------------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **ENTERTAINMENT BY J & J, INC.**, and said corporation's securities are not publicly traded.

Dated: August 21, 2001
        Ellenville, New York

                              ENTERTAINMENT BY J & J, INC.

                              By: _____
                              Julie Cohen Lonstein
                              Attorney for Plaintiff,
                              Attorney in Charge
                              NYS Bar Roll No. 2393759
                              S.D.TX. Admission No. 21857
                              1 Terrace Hill, PO Box 351
                              Ellenville, New York 12428
                              Tel: (845) 647-8500
                              Fax: (845) 647-6277