# COPY



United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
-----------------------------------------------------------

**ENTERTAINMENT BY J & J, INC.**, as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

Plaintiff,

-against-

RUDOLPH MARTINEZ, *et al.,*

Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No.  B-01-147
Honorable Filemon B. Vela

Come now plaintiff, **ENTERTAINMENT BY J & J, INC**, and moves this Court for an
Order of Continuance to adjourn **all** dates included in the Court's August 31, 2001, Order for
Conference, including the Initial Conference, for sixty (60) days, in order to give plaintiff sufficient
time to effectuate service on the defendant, **RUDOLPH MARTINEZ, Individually, and d/b/a
RRDS a/k/a RRD's, and RRDS a/k/a RRD's.**

Plaintiff further respectfully requests that said conference be held telephonically with
plaintiff's attorney placing the telephone call to the Court.

Dated:  October 15, 2001
Ellenville, NY 12428

Julie Cohen Lonstein, Esq.
Attorney for Plaintiff,
Attorney in Charge
NYS Bar Roll No.  2393759
S.D. TX Admission No.  21857
1 Terrace Hill, PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile:  845-647-6277
*Our File No.  C99-5TX-S20PTII*

CHJPDF - www.faxiio.com