IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

OCT 17 2001

| | | |
|---|---|---|
| ENTERTAINMENT BY J & J, INC., <br> AS BROADCAST LICENSEE OF THE <br> SEPTEMBER 18, 1999 DE LA HOYA/ <br> TRINIDAD PROGRAM <br><br> VS. <br><br> RUDOLPH MARTINEZ, INDIVIDUALLY, <br> AND D/B/A RRDS A/K/A RRD'S, AND <br> RRDS A/K/A RRD'S | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-01-147 |

## ORDER

Pending before the Court is Plaintiff's Motion for Continuance of the Initial Pretrial Conference (Docket No. 4).

Plaintiff seeks a continuance of sixty days "...in order to allow plaintiff sufficient time to complete service...." There is absolutely no showing as to why service has not been had.

Plaintiff's Motion is **DENIED**.

DONE at Brownsville, Texas, this 17th day of October, 2001.

John Wm. Black
United States Magistrate Judge