

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

-----------------------------------------------------------

ENTERTAINMENT BY J & J, INC., as Broadcast Licensee of the **September 18, 1999 DeLaHoya/Trinidad** Program,

           Plaintiff,

-against-

RUDOLPH MARTINEZ, *et al.*,

           Defendants.

-----------------------------------------------

Civil Action No. B-01-147

**United States District Court
Southern District of Texas
FILED
NOV 0 2 2001
Michael N. Milby
Clerk of Court**

## PLAINTIFF'S DISCOVERY /CASE MANAGEMENT PLAN

*As of the date within, no answers have been served upon Plaintiff's counsel.*

1. **State where and when the meeting of the parties required by Rule 26 was held, and identify the counsel who attended for each party.**
   Since Defendant has not Answered as of the date of the within Report, no Rule 26(f) Meeting was held. The Report was prepared solely by Julie Cohen Lonstein, Esq.

2. **List the cases related to this one that are pending in any state or federal court, with the case number and court.**

   None

3. **Specify the allegation of federal jurisdiction.**

   Jurisdiction is based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1332(a)(1). The matter in controversy is between citizens of different states and it exceeds the sum value of $75,000.00, exclusive of interest and costs.

4. **Name the parties who disagree and the reasons.**

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   None

6. **List anticipated interventions.**

-1-

      None

7. **Describe class-action issues.**

      None

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

      Initial disclosures have not been made by either party, as no Answers have been served upon Plaintiff in this matter. Initial disclosures will served by Plaintiff within thirty (30) days of the receipt of an Answer to its Complaint. Defendant will serve initial disclosures within thirty (30) days of Plaintiff's service of same.

9. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).**

      Discovery will be completed by **March 1, 2002.**

   B. **When and to whom the plaintiff anticipates it may sent interrogatories.**

      Plaintiff will send interrogatories to Rudolph Martinez, Individually, and d/b/a RRDS a/k/a RRD's within fifteen (15) days of receipt of an Answer to its Complaint.

   C. **When and to whom the defendant anticipates it may send interrogatories.**

      Defendant will send interrogatories to Plaintiff within thirty (30) days of Plaintiff's service of same.

   D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

      Plaintiff anticipates taking oral depositions of Defendant Rudolph Martinez, and other witnesses to the event as revealed by discovery.

   E. **Of whom and by when the defendant anticipates taking oral depositions.**

   F. **When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

      Expert reports do not apply to Plaintiff; Defendants will serve expert reports on or before **February 1, 2002.**

G. **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Plaintiff will depose Defendants' experts on or before **October 15, 2001.**

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

    None

12. **State the date the planned discovery can reasonably be completed.**

    **March 1, 2002.**

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    Plaintiff has not yet been contacted by Defendants or their counsel to facilitate a prompt resolution.

15. **From the attorneys' discussions with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

    Plaintiff will leave the designation of the alternative dispute resolution technique to the Court's discretion.

16. **Magistrate judges may hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    Plaintiff consents to a trial before the magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

    No jury demand has been made.

18. **Specify the number of hours it will take to present the evidence in this case.**

    Eight hours.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

   No motions are pending currently.

20. **List other pending motions.**

   No motions are pending currently.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.**

   None

22. **Certify that all parties have filed Disclosures of Interested Parties as directed in the Order of Conferences and Disclosure of Interested Parties, listing the date of filing for original and any amendments.**

   Plaintiff's Disclosure of Interested Parties was filed with the Clerk of the Court on or about March 23, 2001.

23. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

Date: October 31, 2001

Julie Cohen Lonstein
Lonstein Law Office, P.C.
Counsel for Plaintiff,
Attorney in Charge
NYS Bar Roll No. 2393759
S.D. TX Admission No. 21857
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277
*Our file no. C99-5TX-S20 PTII*

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Plaintiff's Discovery /Case Management Plan was served upon the following by regular mail on October 31, 2001.

Rudolph Martinez
d/b/a RRD's
P.O. Box 531131
Harlingen, TX 78553-1131

Julie Cohen Lonstein

-4-