

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 8 2001

Michael N. Milby
Clerk of Court

---

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the September 18, 1999
DeLaHoya/Trinidad Program,

      Plaintiff,      CIVIL ACTION NO. B-01-147

- against -

RUDOLPH MARTINEZ, *et al.*,

      Defendants

---

### ENTRY OF APPEARANCE

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  We hereby enter our appearance as counsel for ENTERTAINMENT BY J & J, INC. I am an attorney and member in good standing of the State Bar and Federal Bar of Texas.

           Respectfully submitted,

           J. EDWARD MANN, JR. & ASSOCIATES

           _____
           Jason R. Mann
           State Bar No. 24004793
           Federal Bar No. 23543
           222 E. Van Buren, Suite 701
           P. O. Box 231
           Harlingen, Texas 78551-0231
           Telephone: 956/428-4114
           Facsimile: 956/428-9494
           Attorney for Plaintiff