9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER



United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., § <br> AS BROADCAST LICENSEE OF THE § <br> SEPTEMBER 18, 1999 DE LA HOYA/ § <br> TRINIDAD PROGRAM § <br> § <br> VS. § <br> § <br> RUDOLPH MARTINEZ, INDIVIDUALLY, § <br> AND D/B/A RRDS A/K/A RRD'S, AND § <br> RRDS A/K/A RRD'S § | CIVIL ACTION NO. B-01-147 |

TYPE OF CASE:  __X__ CIVIL      ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO·

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 20, 2001 AT 1:30 P.M.**

_____
JOHN WM BLACK, U.S. MAGISTRATE JUDGE

DATE·   NOVEMBER 15, 2001

TO:   MS JULIE LONSTEIN
      MR. JASON R. MANN