10

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

**ENTERTAINMENT BY J & J, INC.**, as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

        Plaintiff,

-against-

RUDOLPH MARTINEZ, Individually, and d/b/a
RRDS a/k/a RRD's, and RRDS a/k/a RRD's,

        Defendants.

---

United States District Court
Southern District of Texas
FILED

DEC 17 2001

Michael N. Milby
Clerk of Court

Civil Action No. B-01-147

## VOLUNTARY MOTION FOR DISMISSAL

      **ENTERTAINMENT BY J AND J, INC.**, Plaintiff in the above entitled action, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith moves to dismiss the above-styled action specifically against defendant **RUDOLPH MARTINEZ, Individually, and d/b/a RRDS a/k/a RRD's, and RRDS a/k/a RRD's,** without prejudice.

The Dismissal herein will be without cost to either party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 13, 2001
      Ellenville, New York

                                  ENTERTAINMENT BY J AND J, INC.

                                  By:_____
                                  Julie Cohen Lonstein.
                                  LONSTEIN LAW OFFICE, P.C.
                                  Attorneys for plaintiff
                                  Office & P.O. Address
                                  1 Terrace Hill, P.O. Box 351
                                  Ellenville, New York 12428
                                  Tel: (845) 647-8500