UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

ENTERTAINMENT BY J & J, INC., as
Broadcast Licensee of the September 18, 1999
DeLaHoya/Trinidad Program,

        Plaintiff,

    -against-

RUDOLPH MARTINEZ, Individually, and d/b/a
RRDS a/k/a RRD's, and RRDS a/k/a RRD's,

        Defendants.

---

United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

Civil Action No. B-01-147

## VOLUNTARY MOTION FOR DISMISSAL

    ENTERTAINMENT BY J AND J, INC., Plaintiff in the above entitled action, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, Plaintiff herewith moves to dismiss the above-styled action specifically against defendant **RUDOLPH MARTINEZ, Individually, and d/b/a RRDS a/k/a RRD's, and RRDS a/k/a RRD's**, without prejudice.

    The Dismissal herein will be with costs charged to plaintiff pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 13, 2001
       Ellenville, New York

                      ENTERTAINMENT BY J AND J, INC.

                      By: _____
                      Julie Cohen Lonstein.
                      LONSTEIN LAW OFFICE, P.C.
                      Attorneys for plaintiff
                      Office & P.O. Address
                      1 Terrace Hill, P.O. Box 351
                      Ellenville, New York 12428
                      Tel: (845) 647-8500