*13*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

# ORIGINAL

United States District Court
Southern District of Texas
ENTERED

**JAN 2 5 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

------------------------------------------------------

**ENTERTAINMENT BY J & J, INC.**, as
Broadcast Licensee of the **September 18, 1999
DeLaHoya/Trinidad** Program,

        Plaintiff,

    -against-

                      Civil Action No. B-01-147

RUDOLPH MARTINEZ, Individually, and d/b/a
RRDS a/k/a RRD's, and RRDS a/k/a RRD's,

        Defendants.

------------------------------------------------------

## ORDER FOR DISMISSAL

        **ENTERTAINMENT BY J AND J, INC.**, Plaintiff in the above entitled action,
having moved  that the above entitled action specifically pertaining to Defendant,

**RUDOLPH MARTINEZ, Individually, and d/b/a RRDS a/k/a RRD's, and RRDS a/k/a
RRD's**

be dismissed without prejudice and with costs charged to plaintiff  pursuant to Rule 41(a)(1) of the Federal
Rules of Civil Procedure, it is hereby

    **ORDERED,** that the above entitled action specifically pertaining to Defendant,

**RUDOLPH MARTINEZ, Individually, and d/b/a RRDS a/k/a RRD's, and RRDS a/k/a
RRD's**

SO ORDERED this 2 4 TH
day of JANUARY , 2002.

~~HON. JOHN WILLIAM BLACK~~
~~UNITED STATES JUDGE~~